IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALDRIN ESTEBAN-SUCHITE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BRIAN MCSHANE, Field Office Director of Enforcement and Removal Operations, Philadelphia Field Office, Immigration and Customs Enforcement, ET AL. | : : : : | NO. 26-257 |

## **ORDER**

**AND NOW**, this 2nd day of February, 2026, the Government having certified its compliance with Paragraph 3 our Order dated January 26, 2026, **IT IS HEREBY ORDERED** that the Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

/s/ John R. Padova, J.

John R. Padova, J.